STATE OF NEW JERSEY v. NATHANIEL FORD.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE FRANK.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BRANTLEY DRUMMOND.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIS STANCIL.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CURTIS BRYANT.

September 11, 1987.

Petition for certification denied.